## HANDFORD *v.* UNITED STATES.

*No. 578.*   Decided March 23, 1959.

*Julian Webb* for petitioner.

*Solicitor General Rankin* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted.   Upon consideration of the entire record and the confession of error by the Solicitor General, the judgment of the United States Court of Appeals for the Fifth Circuit is reversed.

## CEPHAS *v.* WEST VIRGINIA.

*No. 336, Misc.*   Decided March 23, 1959.

Appellant *pro se.*

*W. W. Barron,* Attorney General of West Virginia, and *Clement R. Bassett,* Assistant Attorney General, for appellee.

.  PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.